UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

JIMMY LEE VERNON JR #P48706            CIVIL ACTION NO. 25-cv-1415

VERSUS                                 JUDGE EDWARDS

EARNESTINE LARK                        MAGISTRATE JUDGE HORNSBY

**J U D G M E N T**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objection filed by plaintiff, and concurring with the findings of the Magistrate Judge under the applicable law;

It is ordered that Plaintiff's complaint is dismissed without prejudice for lack of subject matter jurisdiction and pursuant to 28 U.S.C. § 1915(e)(2).

THUS DONE AND SIGNED at Alexandria, Louisiana, this the 12th day of November, 2025.

JERRY EDWARDS, JR.
UNITED STATES DISTRICT JUDGE